IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BONNIE J. STRONG,                          :

    Plaintiff,                          :
                                                  Case No. 3:14cv00367

vs.                                        :

                                                  District Judge Thomas M. Rose

CAROLYN W. COLVIN,                         :   Chief Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration,                   :

    Defendant.                          :

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on December 30, 2015 (Doc. #13) is ADOPTED in full;

2.    No finding is made as to whether Plaintiff Bonnie J. Strong was under a "disability" within the meaning of the Social Security Act;

3.    This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Six of 42 U.S.C. §405(g) for further consideration Consistent with the Report and Recommendations and the instant Decision and Entry; and

    4.      The case is administratively closed but not terminated on the docket of this Court.

January 21, 2016　　　　　　　　　　　　　　　　　　*s/Thomas M. Rose

                                                                             _____
                                                                               Thomas M. Rose
                                                                   United States District Judge